**James Thomas HARRIS, Appellant,**

v.

**John W. WINGO, Warden, Kentucky State Penitentiary, Appellee.**

Court of Appeals of Kentucky.

Nov. 12, 1965.

James Thomas Harris, pro se.

Robert Matthews, Atty. Gen., Frankfort, for appellee.

CLAY, Commissioner.

This is an appeal from a judgment dismissing appellant's petition for a writ of habeas corpus. The petition fails to show the inadequacy of the remedy provided by RCr 11.42, and consequently the relief here sought is unavailable. Ayers v. Davis, Ky., 377 S.W.2d 154.

We will observe that we have examined the petition and it presents no ground which would justify vacating appellant's judgment of conviction.

The judgment is affirmed.